UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| NICHOLAS CEJA, ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 2:15-cv-00229-JMS-DKL |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| Respondent. ) | |

# E N T R Y

The **clerk shall modify the docket** to reflect that the petitioner's first motion to proceed on appeal *in forma pauperis,* filed on June 21, 2016, is also his Notice of Appeal. The appeal shall be processed accordingly.

The petitioner's second motion to proceed on appeal *in forma pauperis* [dkt. 20], is **granted** to the extent that he is assessed an initial partial filing fee of Six Dollars and Zero Cents ($6.00). He shall have **through August 26, 2016,** in which to pay this sum to the clerk of the district court.

**IT IS SO ORDERED.**

Date: July 27, 2016

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Nicholas Ceja, 10060-028
FCI Oakdale
Inmate Mail/Parcels
P. O. Box 5000
Oakdale, LA 71463

Electronically registered counsel

**NOTE TO CLERK: PROCESSING THIS DOCUMENT REQUIRES ACTIONS IN ADDITION TO DOCKETING AND DISTRIBUTION.**