

# UNITED STATES DISTRICT COURT
## Southern District of Indiana

### Laura A. Briggs, Clerk of Court

| | | | |
|---|---|---|---|
| Birch Bayh Federal Building<br>& U.S. Courthouse, Room 105<br>46 East Ohio Street<br>Indianapolis, IN  46204<br>(317) 229-3700 | U.S. Courthouse, Room 104<br>921 Ohio Street<br>Terre Haute, IN 47807<br>(812) 231-1840 | Winfield K. Denton Federal Building<br>& U. S. Courthouse, Room 304<br>101 NW Martin Luther King Blvd.<br>Evansville, IN 47708<br>(812) 434-6410 | Lee H. Hamilton Federal Building<br>& U.S. Courthouse, Room 210<br>121 West Spring Street<br>New Albany, IN 47150<br>(812) 542-4510 |

July 28, 2016

NICHOLAS  CEJA #10060-028                     James Robert Wood
OAKDALE - FCI                                 UNITED STATES ATTORNEY'S OFFICE
Inmate Mail/Parcels                           10 West Market Street
P.O. BOX 5000                                 Suite 2100
OAKDALE, LA 71463                             Indianapolis, IN 46204

RE:  NICHOLAS  CEJA v. USA

CAUSE NO:  2:15-cv-00229-JMS-DKL

Dear Appellant and Appellee:

Please be advised that the Notice of Appeal filed in 2:15-cv-00229-JMS-DKL has been forwarded to the United States Court of Appeals for the Seventh Circuit. The Clerk of the Seventh Circuit will assign an appellate case number, docket the appeal, and notify case participants of the Seventh Circuit case number assigned to this matter.

Filing a "Designation of Record" in the U.S. District Court case helps ensure that the appropriate documents (*e.g.*, pleadings and attachments, briefs, exhibits) are effectively transmitted to the Seventh Circuit. A copy of the docket sheet in this case has been included for your convenience. The docket sheet may be annotated (by circling docket numbers, or highlighting electronically) to identify the docket entries that are to be included in the appellate record, then attached as an exhibit to the Designation of Record. The designation may also simply list the docket entry numbers (all attachments to each entry will be included) along with a description of the designated documents.

Please review Southern District of Indiana Local Rule 76-1 and Seventh Circuit Rule 10 (enclosed) for guidance regarding the designation of a record, and comply with the provisions of Federal Rule of Civil Procedure 5 when filing the designation.

Please contact the Clerk's office with any questions or concerns.

Sincerely,
Laura A. Briggs,
Clerk of Court

By Laura Townsend, Deputy Clerk
812-542-4511

## Selected Rules for Reference

**Local Rule 76-1 - Designating Additional Items For Record on Appeal**

An appellant designating items for the record on appeal under Circuit Rule 10(a) must serve a proposed joint designation on the appellee with the notice of appeal. The parties must then confer and, if they agree, prepare a joint designation, highlighting those entries on the court's docket sheet if it is practical to do so. The joint designation must be filed with the clerk within 14 days after the notice of appeal is filed. If the parties cannot reach agreement on a joint designation, each party must submit a separate designation within 14 days after filing the notice of appeal.

NOTE:   The complete Local Rules for the U.S. District Court, Southern District of Indiana, are available at: http://www.insd.uscourts.gov/local-rules

**CIRCUIT RULE 10. Preparation of Record in District Court Appeals**

(a) *Record Preparation Duties*. The clerk of the district court shall prepare within 14 days of filing the notice of appeal the original papers, transcripts filed in the district court, and exhibits received or offered in evidence (with the exceptions listed below). The transcript of a deposition is "filed" within the meaning of this rule, and an exhibit is "received or offered," to the extent that it is tendered to the district court in support of a brief or motion, whether or not the rules of the district court treat deposition transcripts or exhibits as part of the record. These materials may be designated as part of the record on appeal without the need for a motion under Fed. R. App. P. 10(e). Counsel must ensure that exhibits and transcripts to be included in the record which are not in the possession of the district court clerk are furnished to the clerk within fourteen days after the filing of the notice of appeal. The following items will not be included in a record unless specifically requested by a party by item and date of filing within fourteen days after the notice of appeal is filed or unless specifically ordered by this court:

> briefs and memoranda,
>
> notices of filings,
>
> subpoenas,
>
> summonses,
>
> motions to extend time,
>
> affidavits and admissions of service and mailing,
>
> notices of settings,
>
> depositions and notices, and
>
> jury lists.

(b) *Correction or Modification of Record*. A motion to correct or modify the record pursuant to Rule 10(e), Fed. R. App. P., or a motion to strike matter from the record on the ground that it is not properly a part thereof shall be presented first to the district court. That court's order ruling on the motion will be transmitted to this court as part of the record.

(c) *Order or Certification with Regard to Transcript*. Counsel and court reporters are to utilize the form prescribed by this court when ordering transcripts or certifying that none will be ordered. For specific requirements, see Rules 10(b) and 11(b), Fed. R. App. P.

(d) *Ordering Transcripts in Criminal Cases*.

(1) *Transcripts in Criminal Justice Act Cases*. At the time of the return of a verdict of guilty or, in the case of a bench trial, an adjudication of guilt in a criminal case in which the defendant is represented by counsel appointed under the Criminal Justice Act (C.J.A.), counsel for the defendant shall request a transcript of testimony and other relevant proceedings by

completing a C.J.A. Form No. 24 and giving it to the district judge. If the district judge believes an appeal is probable, the judge shall order transcribed so much of the proceedings as the judge believes necessary for an appeal. The transcript shall be filed with the clerk of the district court within 40 days after the return of a verdict of guilty or, in the case of a bench trial, the adjudication of guilt or within seven days after sentencing, whichever occurs later. If the district judge decides not to order the transcript at that time, the judge shall retain the C.J.A. Form No. 24 without ruling. If a notice of appeal is filed later, appointed counsel or counsel for a defendant allowed after trial to proceed on appeal in forma pauperis shall immediately notify the district judge of the filing of a notice of appeal and file or renew the request made on C.J.A. Form No. 24 for a free transcript.

(2) *Transcripts in Other Criminal Cases.* Within 14 days after filing the notice of appeal in other criminal cases, the appellant or appellant's counsel shall deposit with the court reporter the estimated cost of the transcript ordered pursuant to Rule 10(b), Fed. R. App. P., unless the district court orders that the transcript be paid for by the United States. A non-indigent appellant must pay a pro rata share of the cost of a transcript prepared at the request of an indigent co-defendant under the Criminal Justice Act unless the district court determines that fairness requires a different division of the cost. Failure to comply with this paragraph will be cause for dismissal of the appeal.

(e) *Indexing of Transcript.* The transcript of proceedings to be transmitted to this court as part of the record on appeal (and any copies prepared for the use of the court or counsel in the case on appeal) shall be bound by the reporter in a volume or volumes, with the pages consecutively numbered throughout all volumes. The transcript of proceedings, or the first volume thereof, shall contain a suitable index, which shall refer to the number of the volume as well as the page, shall be cumulative for all volumes, and shall include the following information:

(1) An alphabetical list of witnesses, giving the pages on which the direct and each other examination of each witness begins.

(2) A list of exhibits by number, with a brief description of each exhibit indicating the nature of its contents, and with a reference to the pages of the transcript where each exhibit has been identified, offered, and received or rejected.

(3) A list of other significant portions of the trial such as opening statements, arguments to the jury, and instructions, with a reference to the page where each begins.

When the record includes transcripts of more than one trial or other distinct proceeding, and it would be cumbersome to apply this paragraph to all the transcripts taken together as one, the rule may be applied separately to each transcript of one trial or other distinct proceeding.

(f) *Presentence Reports.* The presentence report is part of the record on appeal in every criminal case. The district court should transmit this report under seal, unless it has already been placed in the public record in the district court. If the report is transmitted under seal, the report may not be included in the appendix to the brief or the separate appendix under Fed. R. App. P. 30 and Circuit Rule 30. Counsel of record may review the presentence report at the clerk's office but may not review the probation officer's written comments and any other portion submitted in camera to the trial judge.

(g) *Effect of Omissions from the Record on Appeal.* When a party's argument is countered by a contention of waiver for failure to raise the point in the trial court or before an agency, the party opposing the waiver contention must give the record cite where the point was asserted and also ensure that the record before the court of appeals contains the relevant document or transcript.

**NOTE:**   The complete **Federal Rules of Appellate Procedure & Rules of the 7th Circuit Court of Appeals** are available at: http://www.ca7.uscourts.gov/Rules/Rules/rules.pdf



# UNITED STATES DISTRICT COURT
## Southern District of Indiana

**Laura A. Briggs, Clerk of Court**

Birch Bayh Federal Building
& U.S. Courthouse, Room 105
46 East Ohio Street
Indianapolis, IN  46204
(317) 229-3700

U.S. Courthouse, Room 104
921 Ohio Street
Terre Haute, IN 47807
(812) 231-1840

Winfield K. Denton Federal Building
& U. S. Courthouse, Room 304
101 NW Martin Luther King Blvd.
Evansville, IN 47708
(812) 434-6410

Lee H. Hamilton Federal Building
& U.S. Courthouse, Room 210
121 West Spring Street
New Albany, IN 47150
(812) 542-4510

July 28, 2016

RE:  NICHOLAS  CEJA v. USA

CAUSE NO:  2:15-cv-00229-JMS-DKL

Dear Appellant:

A Notice of Appeal was filed in the above case on July 27, 2016. However, a "Docketing Statement" was <u>not filed</u> along with the Notice of Appeal, as required by <u>Circuit Rule 3(c)</u> of the U.S. Court of Appeals for the Seventh Circuit. A copy of the rule is attached for reference.

Pursuant to the Seventh Circuit Rule 3(c), the appellant must serve on all parties a docketing statement and file said statement with the Clerk of for the Seventh Circuit within seven (7) days of the filing of the Notice of Appeal.

<u>IMPORTANT</u>: Please do not submit the docketing statement to the U.S. District Court case. The docketing statement must be submitted to the Seventh Circuit at the address below:

> Gino Agnello, Clerk
> United States Court of Appeals
> 219 South Dearborn Street, Suite 2722
> Chicago, IL 60604

Please contact the Clerk's office with any questions or concerns.

Sincerely,
Laura A. Briggs,
Clerk of Court

By Laura Townsend, Deputy Clerk
812-542-4511

## Selected Rules for Reference

CIRCUIT RULE 3. Notice of Appeal, Docketing Fee, Docketing Statement, and Designation of Counsel of Record

(a) *Forwarding Copy of Notice of Appeal.* When the clerk of the district court sends to the clerk of this court a copy of the notice of appeal, the district court clerk shall include any docketing statement. In civil cases the clerk of the district court shall include the judgments or orders under review, any transcribed oral statement of reasons, opinion, memorandum of decision, findings of fact, and conclusions of law. The clerk of the district court shall also complete and include the Seventh Circuit Appeal Information Sheet in the form prescribed by this court.

(b) *Dismissal of Appeal for Failure to Pay Docketing Fee.* If a proceeding is docketed without prepayment of the docketing fee, the appellant shall pay the fee within 14 days after docketing. If the appellant fails to do so, the clerk is authorized to dismiss the appeal.

(c)(1) *Docketing Statement.* The appellant must serve on all parties a docketing statement and file it with the clerk of the district court at the time of the filing of the notice of appeal or with the clerk of this court within seven days of filing the notice of appeal. The docketing statement must comply with the requirements of Circuit Rule 28(a). If there have been prior or related appellate proceedings in the case, or if the party believes that the earlier appellate proceedings are sufficiently related to the new appeal, the statement must identify these proceedings by caption and number. The statement also must describe any prior litigation in the district court that, although not appealed, (a) arises out of the same criminal conviction, or (b) has been designated by the district court as satisfying the criteria of 28 U.S.C. §1915(g). If any of the parties to the litigation appears in an official capacity, the statement must identify the current occupant of the office. The docketing statement in a collateral attack on a criminal conviction must identify the prisoner's current place of confinement and its current warden; if the prisoner has been released, the statement must describe the nature of any ongoing custody (such as supervised release) and identify the custodian. If the docketing statement is not complete and correct, the appellee must provide a complete one to the court of appeals clerk within 14 days after the date of the filing of the appellant's docketing statement.

(2) Failure to file the docketing statement within 14 days of the filing of the notice of appeal will lead to the imposition of a $100 fine on counsel. Failure to file the statement within 28 days of the filing of the notice of appeal will be treated as abandonment of the appeal, and the appeal will be dismissed. When the appeal is docketed, the court will remind the litigants of these provisions.

(d) *Counsel of Record.* The attorney whose name appears on the docketing statement or other document first filed by that party in this court will be deemed counsel of record, and a separate notice of appearance need not be filed. If the name of more than one attorney is shown, the attorney who is counsel of record must be clearly identified. (There can be only one counsel of record.) If no attorney is so identified, the court will treat the first listed as counsel of record. The court will send documents only to the counsel of record for each party, who is responsible for transmitting them to other lawyers for the same party. The docketing statement or other document must provide the post office address and telephone number of counsel of record. The names of other members of the Bar of this Court and, if desired, their post office addresses, may be added but counsel of record must be clearly identified. An attorney representing a party who will not be filing a document shall enter a separate notice of appearance as counsel of record indicating the name of the party represented. Counsel of record may not withdraw, without consent of the court, unless another counsel of record is simultaneously substituted.

NOTE:   The complete Federal Rules of Appellate Procedure & Rules of the 7th Circuit Court of Appeals
are available at:  http://www.ca7.uscourts.gov/Rules/Rules/rules.pdf

**FILED**

**3:44 pm, Jun 21, 2016**

**U.S. DISTRICT COURT**
SOUTHERN DISTRICT OF INDIANA
Laura A. Briggs, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

UNITED STATES OF AMERICA )
Respondent, )
)
) CRIMINAL ACTION NO:
) 2:11-cr-00037-JMS-CMM-2
Vs. )
) CIVIL ACTION NO:
)
NICHOLAS CEJA, )
Movant. ) 2:15-cv-00229-JMS

## MOTION FOR LEAVE TO APPEAL IN FORMA PAUPERIS

The Petitioner, Nicholas Ceja, pro se, petitions the Court pursuant to 28 U.S.C." §1915 for leave to file and proceed on appeal in forma pauperis to the Seventh Circuit Court of appeals.

. Petitioner brings this appeal in good faith and believes his claims have merit. See Financial Affidavit in support hereof attached hereto.

I will raise the following issues on appeal: (1) Trial Counsel was ineffective during the plea and sentencing and appeal process.

Movant submits that he may also have a claim as established by the Supreme Court ruling in Johnson.

Movant submits that he qualified for proceed in forma paupers during

previous proceedings and therefore, his status as indigent remains unchanged, he should quality to proceed without payment of fees.

PROCEED ON APPEAL INFORMA PAUPERIS1

1

2      WHEREFORE, I request the Court grant leave to file and proceed

3   on appeal in forma pauperis.

4                              Respectfully Submitted,

5

6          this    day of        , 2016 .

7                          Ceja Nicholas

8                          NICHOLAS CEJA
                           Movant, pro se
9                          Fed. Reg. No: 10060-028
                           FCI OAKDALE II
10                          P.O. BOX 5010
                           OAKDALE, LA 71463
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

PROCEED ON APPEAL INFORMA PAUPERIS2

⇔10060-028⇔

Nicholas Ceja
Federal Correctional Institution,2
P.O.Box 5010
Oakdale, LA 71463
United States

SHREVEPORT LA 710

15 JUN 2016 PM 1 L



court

Clerk of the U.S. District
105 U.S. Courthouse
46 East ohio street
IndianaPolis iN 46204

46204-199999

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

| | | |
|---|---|---|
| NICHOLAS CEJA, | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 2:15-cv-00229-JMS-DKL |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

**Entry Denying Motion for Relief Pursuant to 28 U.S.C. § 2255**
**and Denying Certificate of Appealability**

For the reasons explained in this Entry, the motion of Nicholas Ceja ("Mr. Ceja") for relief pursuant to 28 U.S.C. § 2255 must be **denied** and the action dismissed with prejudice. In addition, the Court finds that a certificate of appealability should not issue.

## I. The § 2255 Motion

### *Background*

On December 28, 2011, Mr. Ceja was charged in three counts of a multi-defendant Indictment that was filed in the Southern District of Indiana in 2:11-cr-0037-JMS-CMM-2. Mr. Ceja was charged in Count 1 with conspiracy to possess with intent to distribute and to distribute 500 grams or more of methamphetamine (mixture), in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A) and 846. Count 4 charged Mr. Ceja with possession with intent to distribute and distribute 50 grams or more of methamphetamine (mixture), in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B) and 18 U.S.C. § 2. Count 5 charged Mr. Ceja with possession of firearm(s) in furtherance of the drug trafficking crime specified in Count 4, in violation of 18

U.S.C. § 924(c)(1)(A) and 18 U.S.C. § 2. On August 1, 2012, a jury found Mr. Ceja guilty of Counts 1, 4, and 5 of the Indictment.

On December 17, 2012, the Court held a sentencing hearing. The Court sentenced Mr. Ceja to a total prison term of 180 months. He was sentenced to concurrent prison terms of 120 months imprisonment on Count 1 and 60 months imprisonment on Count 4, and a consecutive 60 months imprisonment on Count 5, to be followed by five years of supervised release. Mr. Ceja was also assessed the mandatory assessment of $300. Judgment of conviction was entered on December 19, 2012.

Mr. Ceja filed a notice of appeal on December 26, 2012. On August 1, 2014, the Seventh Circuit affirmed his conviction. *United States v. Cejas*, 761 F.3d 717 (7th Cir. 2014). The Seventh Circuit held that 1) the government established a proper foundation to authenticate the video; 2) the fact that the video had a tendency to intermittently skip did not require its exclusion; 3) the probative value of the video showing defendants outside witness' residence substantially outweighed the danger of unfair prejudice or confusing the jury; 4) evidence was sufficient to support defendant's conviction of conspiracy to possess and distribute drugs; 5) evidence was sufficient to support defendant's conviction of possession of a firearm in furtherance of a drug crime; and 6) evidence was sufficient to support defendant's conviction of aiding and abetting possession with intent to distribute and distribution of methamphetamine. *Id.*

On October 20, 2014, the Seventh Circuit denied Mr. Ceja's motion for rehearing and suggestion for rehearing en banc. On January 1, 2015, Mr. Ceja filed a motion to reduce sentence pursuant to amendment 782. That motion was denied because Mr. Ceja was sentenced to the statutory mandatory minimum term of imprisonment.

This motion for post-conviction relief pursuant to 28 U.S.C. § 2255 was filed on July 28, 2015. The United States has responded and Mr. Ceja has replied.

*Discussion*

A motion pursuant to 28 U.S.C. § 2255 is the presumptive means by which a federal prisoner can challenge his conviction or sentence. *See Davis v. United States*, 417 U.S. 333, 343 (1974). Relief under § 2255 "is available only in extraordinary situations, such as an error of constitutional or jurisdictional magnitude or where a fundamental defect has occurred which results in a complete miscarriage of justice." *Blake v. United States*, 723 F.3d 870, 878–79 (7th Cir. 2013).

Mr. Ceja brings direct claims of error in relation to his sentence: 1) the guideline factors for Accomplice Attribution significantly overstated his role in the offense; and 2) the Court failed to adequately consider 18 U.S.C. § 3553(a) sentencing factors. He also brings claims of ineffective assistance of counsel. He claims that his counsel: 1) failed to argue that his sentence was more harsh than other defendants; 2) failed to present the § 3553(a) factors during sentencing; and 3) failed to argue for a 2 point enhancement under U.S.S.G. § 2D1.1(b) instead of a consecutive 60 month sentence pursuant to Count 5.

The United States argues that all of Mr. Ceja's § 2255 claims lack merit.

*Sentencing Errors*

Mr. Ceja did not raise any sentencing errors on direct appeal. "A claim cannot be raised for the first time in a § 2255 motion if it could have been raised at trial or on direct appeal." *McCoy v. United States,* 815 F.3d 292, 295 (7th Cir. 2016). Section 2255 is not a substitute for direct appeal. *United States v. Bania,* 787 F.3d 1168, 1172 (7th Cir. 2015). Such claims are procedurally defaulted. "A federal prisoner cannot bring defaulted claims on collateral attack

unless he shows both cause and prejudice for the default." *Id.* Mr. Ceja has made no such showing.

Moreover, Mr. Ceja's direct sentencing claims fail because error in calculating a nonbinding Guidelines range is not of constitutional magnitude for purposes of a § 2255 motion. *United States v. Coleman,* 763 F.3d 706, 708-09 (7th Cir. 2014) (claim that district court misapplied or miscalculated Sentencing Guidelines was not cognizable in § 2255 motion); *Hawkins v. United States,* 706 F.3d 820, 824 (7th Cir. 2013) (error in calculating sentencing range under Sentencing Guidelines did not justify post-conviction relief – "An erroneous computation of an advisory guidelines sentence is reversible (unless harmless) on direct appeal; it doesn't follow that it's reversible years later in a postconviction proceeding."). "Sentences that fall within a properly calculated Guidelines range are presumptively reasonable." *United States v.Grzegorczk,* 800 F.3d 402, 405 (7th Cir. 2015). Mr. Ceja's sentence was within a properly calculated Sentencing Guideline range and was therefore reasonable.

### *Ineffective Assistance of Counsel Claims*

There is no procedural default for failing to raise an ineffective assistance claim on direct appeal. *Massaro v. United States*, 538 U.S. 500, 509 (2003). As noted, Mr. Ceja's claims of ineffective assistance are that counsel: 1) failed to argue that his sentence was more harsh than other defendants; 2) failed to present the § 3553(a) factors during sentencing; and 3) failed to argue for a 2 point enhancement under U.S.S.G. § 2D1.1(b) instead of a consecutive 60 month sentence pursuant to Count 5.

The right to effective assistance of counsel is violated when the performance of counsel falls below an objective standard of reasonable professional conduct and prejudices the defense. *Yarborough v. Gentry*, 540 U.S. 1, 5 (2003) (citing *Strickland v. Washington,* 466 U.S. 668, 687

(1984)). For Mr. Ceja to establish that his "counsel's assistance was so defective as to require reversal" of his conviction, he must make two showings: (1) deficient performance that (2) prejudiced his defense. *Strickland,* 466 U.S. at 687. "To reflect the wide range of competent legal strategies and to avoid the pitfalls of review in hindsight, our review of an attorney's performance is highly deferential and reflects a strong presumption that counsel's conduct falls within the wide range of reasonable professional assistance." *Groves v. United States,* 755 F.3d 588, 591 (7th Cir. 2014) (internal quotation omitted).

To establish prejudice, a petitioner must "show that there is a reasonable probability that, but for counsel's errors, the result of the proceedings would have been different, such that the proceedings were fundamentally unfair or unreliable." *Id.* (internal quotation omitted). If a petitioner cannot establish one of the *Strickland* prongs, the Court need not consider the other. *Id.*

Contrary to Mr. Ceja's suggestion otherwise, counsel did, in fact, argue that Mr. Ceja's role in the conspiracy was minor and therefore his sentence should be reduced accordingly. 2:11-cr-0037-JMS-CMM, dkt. 136, pp. 3, 6-9. Moreover, Mr. Ceja has not identified what § 3553(a) sentencing factors should have been considered or how they would have affected his sentence. Counsel discussed the § 3553(a) factors at the sentencing hearing, pointing out Mr. Ceja's relatively limited criminal history, strong family ties, and customer letters of support. *Id.* at pp. 10-13. In addition, at sentencing, counsel argued that the quantity of 500 grams of meth was not foreseeable to Mr. Ceja, but properly conceded that because the jury convicted Mr. Ceja of being part of the conspiracy involving an amount greater than 500 grams, the ten year minimum sentence was applicable. *Id.* at pp. 3-6.

Starting at a base offense level of 32, counsel argued for a 2 point reduction at 2D1.1 and a 4 point deduction at 3B1.2 for a minimal role, for a base offense level of 26. *Id.* at p. 7. The

Court agreed to start with the two level reduction at 30, but granted only a two level adjustment for a minor role in the offense, which resulted in a 28 base offense level. *Id.* at pp. 7-9. The jury convicted Mr. Ceja of Count 5 and therefore the Court had to sentence him on that count.

The Court imposed the statutory mandatory minimum sentence of ten years for Count 1, the minimum sentence of five years for Count 4, to be served concurrently, and the mandatory consecutive five years for Count 5. Counsel did not err in any respect at sentencing. Moreover, Mr. Ceja can show no prejudice. Put simply, Mr. Ceja could have done no better no matter what counsel argued.

*Denial of Hearing*

An evidentiary hearing is "not required when the files and records of the case conclusively show that the prisoner is entitled to no relief." *Lafuente v. United States,* 617 F.3d 944, 946 (7th Cir. 2010) (internal quotation omitted); *see also* 28 U.S.C. § 2255(b). That is the case here. Mr. Ceja's request for a hearing is denied because a hearing not warranted under these circumstances.

*Conclusion*

The foregoing shows that Mr. Ceja is not entitled to relief pursuant to 28 U.S.C. § 2255. His motion for relief pursuant to § 2255 is therefore **denied**. Judgment consistent with this Entry shall now issue.

## II. Certificate of Appealability

Pursuant to Federal Rule of Appellate Procedure 22(b), Rule 11(a) of the *Rules Governing § 2255 Proceedings*, and 28 U.S.C. § 2253(c), the Court finds that Mr. Ceja has failed to show that reasonable jurists would find it "debatable whether the petition states a valid claim of the denial of a constitutional right" and "debatable whether the district court was correct in its

procedural ruling." *Slack v. McDaniel,* 529 U.S. 473, 484 (2000). The Court therefore **denies** a certificate of appealability.

This Entry shall also be entered on the docket in the underlying criminal action, No. **2:11-cr-0037-JMS-CMM-2.**

IT IS SO ORDERED.


Date: <u>May 24, 2016</u>

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Electronically registered counsel

Nicholas Ceja, 10060-028, FCI Oakdale, Inmate Mail/Parcels, P. O. Box 5000, Oakdale, LA 71463


NOTE TO CLERK: PROCESSING THIS DOCUMENT REQUIRES ACTIONS IN ADDITION TO DOCKETING AND DISTRIBUTION.

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION**

NICHOLAS CEJA,                                          )
               Petitioner,                    )
                                  )
     v.                                                  )          Case No. 2:15-cv-00229-JMS-DKL
                                  )
UNITED STATES OF AMERICA,                )
               Respondent.                  )

**FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58**

     The Court, having this day made its Entry, now enters FINAL JUDGMENT in this

action.  **IT IS THEREFORE ADJUDGED** that the petitioner take nothing by his motion to

vacate sentence pursuant to 28 U.S.C. § 2255 and this action is **dismissed with prejudice.**

Date:    May 24, 2016

Laura Briggs, Clerk
United States District Court

By:  Deputy Clerk

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Nicholas Ceja
10060-028
FCI Oakdale
Inmate Mail/Parcels
P. O. Box 5000
Oakdale, LA 71463

Electronically registered counsel

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

NICHOLAS CEJA,                              )
              Petitioner,            )
                                           )
        v.                                    )       Case No. 2:15-cv-00229-JMS-DKL
                                           )
UNITED STATES OF AMERICA,                    )
              Respondent.          )

**E N T R Y**

The **clerk shall modify the docket** to reflect that the petitioner's first motion to proceed

on appeal *in forma pauperis,* filed on June 21, 2016, is also his Notice of Appeal. The appeal

shall be processed accordingly.

The petitioner's second motion to proceed on appeal *in forma pauperis* [dkt. 20], is

**granted** to the extent that he is assessed an initial partial filing fee of Six Dollars and Zero Cents

($6.00).  He shall have **through August 26, 2016,** in which to pay this sum to the clerk of the

district court.

**IT IS SO ORDERED.**

Date:  July 27, 2016

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Nicholas Ceja, 10060-028
FCI Oakdale
Inmate Mail/Parcels
P. O. Box 5000
Oakdale, LA 71463

Electronically registered counsel

NOTE TO CLERK:  PROCESSING THIS DOCUMENT REQUIRES ACTIONS IN ADDITION TO DOCKETING AND DISTRIBUTION.

# *** PUBLIC DOCKET ***

APPEAL,PROSE,CLOSED

**U.S. District Court**
**Southern District of Indiana (Terre Haute)**
**CIVIL DOCKET FOR CASE #: 2:15-cv-00229-JMS-DKL**

CEJA v. USA
Assigned to: Judge Jane Magnus-Stinson
Referred to: Magistrate Judge Denise K. LaRue
Related  Case: 2:11-cr-00037-JMS-CMM-2
Cause: 28:2255 Motion to Vacate / Correct Illegal Sentenc

Date Filed: 07/28/2015
Date Terminated: 05/24/2016
Jury Demand: None
Nature of Suit: 510 Prisoner: Vacate
Sentence
Jurisdiction: U.S. Government
Defendant

**Petitioner**

**NICHOLAS CEJA**                       represented by    **NICHOLAS CEJA**
                                                          10060-028
                                                          OAKDALE - FCI
                                                          OAKDALE FEDERAL
                                                          CORRECTIONAL INSTITUTION
                                                          Inmate Mail/Parcels
                                                          P.O. BOX 5000
                                                          OAKDALE, LA 71463
                                                          PRO SE

V.

**Respondent**

**USA**                                 represented by    **James Robert Wood**
                                                          UNITED STATES ATTORNEY'S
                                                          OFFICE
                                                          10 West Market Street
                                                          Suite 2100
                                                          Indianapolis, IN 46204
                                                          (317) 229-2462
                                                          Fax: (317) 226-6125
                                                          Email: bob.wood@usdoj.gov
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Matthew P. Brookman**
                                                          UNITED STATES ATTORNEY'S
                                                          OFFICE - EV
                                                          101 NW Martin Luther King, Jr. Blvd.

Suite 250
Evansville, IN 47708
(812) 465-6475
Fax: (812) 465-6444
Email: Matthew.Brookman@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/28/2015 | 1 | MOTION to Vacate, Set Aside or Correct Sentence (2255), filed by NICHOLAS CEJA. (Attachments: # 1 Envelope, # 2 Exhibit Notice of Motion) (MEH) Modified on 7/29/2015 (MEH). (Entered: 07/29/2015) |
| 07/28/2015 | 2 | MOTION for Leave to Proceed in forma pauperis, filed by Petitioner NICHOLAS CEJA. (Attachments: # 1 Envelope)(MEH) (Entered: 07/29/2015) |
| 07/28/2015 | 3 | MOTION to Appoint Counsel, Discovery and Evidentiary Hearing, filed by Petitioner NICHOLAS CEJA. (Attachments: # 1 Envelope)(MEH) (Entered: 07/29/2015) |
| 07/30/2015 | 4 | ORDER TO SHOW CAUSE and Rulings on Pending Motions - The petitioner's motion to proceed in forma pauperis [dkt. 2] is denied as unnecessary because no filing fee is associated with this action. The petitioner's motion for discovery, evidentiary hearing, and appointment of counsel [dkt. 3] is denied. The United States shall have through September 11, 2015, in which to answer the allegations of the petitioner's motion for relief pursuant to 28 U.S.C. § 2255, and the movant shall have twenty-eight (28) calendar days after service of the answer in which to reply. Copies sent pursuant to distribution list. Signed by Judge Jane Magnus-Stinson on 7/30/2015.(AH) (Entered: 07/30/2015) |
| 09/11/2015 | 5 | First MOTION for Extension of Time to 11/10/15 in which to 4 Order to Show Cause , filed by Respondent USA. (Attachments: # 1 Text of Proposed Order) (Brookman, Matthew) (Entered: 09/11/2015) |
| 09/16/2015 | 6 | ORDER - granting 5 Motion for Extension of Time. The United States shall have up to and including November 10, 2015, to respond to the petitioner's 28 U.S.C. § 2255 motion. Copy to petitioner via US Mail. Signed by Judge Jane Magnus-Stinson on 9/16/2015. (RSF) (Entered: 09/16/2015) |
| 11/04/2015 | 7 | RESPONSE in Opposition *to Motion for Post-Conviction Relief*, filed by Respondent USA. (Brookman, Matthew) Modified on 11/5/2015 - Linked to 1 Motion (GSO). (Entered: 11/04/2015) |
| 11/05/2015 | 8 | NOTICE of Appearance by Matthew P. Brookman on behalf of Respondent USA. (Brookman, Matthew) (Entered: 11/05/2015) |
| 01/04/2016 | 9 | REPLY to 7 Response in Opposition to Motion, filed by Petitioner NICHOLAS CEJA. c/s (Attachments: # 1 Envelope) (GSO) (Entered: 01/05/2016) |
| 01/19/2016 | 10 | ORDER REASSIGNING CASE. Clerk is directed to reassign case to Judge |

| | | |
|---|---|---|
| | | Larry J. McKinney. Signed by Judge Richard L. Young on 1/19/2016. (BGT) (Entered: 01/19/2016) |
| 01/19/2016 | 11 | NOTICE of Reassignment of Case to Judge Larry J. McKinney. Judge Jane Magnus-Stinson no longer assigned to the case. Please include the new case number, **2:15-cv-00229-LJM-WGH**, on all future filings in this matter. (GSO) (Entered: 01/19/2016) |
| 01/20/2016 | 12 | ORDER REASSIGNING CASE. Clerk is directed to reassign case to Judge Jane Magnus-Stinson. Signed by Judge Larry J. McKinney on 1/20/2016. (BGT) (Entered: 01/20/2016) |
| 01/20/2016 | 13 | NOTICE of Reassignment of Case to Judge Jane Magnus-Stinson. Judge Larry J. McKinney no longer assigned to the case. Please include the new case number, **2:15-cv-00229-JMS-WGH**, on all future filings in this matter. (GSO) (Entered: 01/20/2016) |
| 02/01/2016 | 14 | Reassignment of Case to Magistrate Judge Denise K. LaRue. Magistrate Judge William G. Hussmann, Jr., is no longer assigned to the case. Please include the new case number (2:15-cv-00229-JMS-DKL), which includes the initials of the newly assigned judge, on all future filings in this matter. (GSO) (Entered: 02/01/2016) |
| 02/26/2016 | 15 | NOTICE of Appearance by James Robert Wood on behalf of Respondent USA. (Wood, James) (Entered: 02/26/2016) |
| 05/24/2016 | 16 | ENTRY Denying Motion to Vacate, Set Aside or Correct Sentence (2255) and Denying Certificate of Appealability - Mr. Ceja is not entitled to relief pursuant to 28 U.S.C. § 2255. His motion for relief pursuant to § 2255 is therefore denied. Judgment consistent with this Entry shall now issue. The Court therefore denies a certificate of appealability. This Entry shall also be entered on the docket in the underlying criminal action, No. 2:11-cr-0037-JMS-CMM-2. See Entry for details. Signed by Judge Jane Magnus-Stinson on 5/24/2016 (copy mailed to petitioner).(LBT) (Entered: 05/24/2016) |
| 05/24/2016 | 17 | CLOSED JUDGMENT - IT IS THEREFORE ADJUDGED that the petitioner take nothing by his motion to vacate sentence pursuant to 28 U.S.C. § 2255 and this action is dismissed with prejudice. Signed by Judge Jane Magnus-Stinson on 5/24/2016 (copy mailed to petitioner).(LBT) (Entered: 05/24/2016) |
| 06/21/2016 | 18 | **RE-DOCKETED AS A NOTICE OF APPEAL PER NO. 21** MOTION to Proceed on Appeal in forma pauperis, filed by Petitioner NICHOLAS CEJA. (Attachments: # 1 Envelope)(RSF) Modified on 7/27/2016 (LBT). (Entered: 06/24/2016) |
| 06/29/2016 | 19 | ORDER - denying 18 Motion for Leave to Appeal in forma pauperis because no financial information from the prison demonstrating his inability to prepay the appellate filing fees has been provided to the Court. He may resubmit his request with the supporting information. Copy to petitioner via US Mail. Signed by Judge Jane Magnus-Stinson on 6/29/2016. (BRR) (Entered: 06/29/2016) |
| 07/25/2016 | 20 | MOTION for Leave to Proceed in forma pauperis, filed by Petitioner |

| | | |
|---|---|---|
| | | NICHOLAS CEJA. (Attachments: # 1 Envelope)(BRR) (Entered: 07/26/2016) |
| 07/27/2016 | 21 | ENTRY - The clerk shall modify the docket to reflect that 18 the petitioner's first motion to proceed on appeal in forma pauperis, filed on June 21, 2016, is also his Notice of Appeal. The appeal shall be processed accordingly. 20 Motion for Leave to Proceed in forma pauperis is GRANTED to the extent that he is assessed an initial partial filing fee of Six Dollars and Zero Cents ($6.00). He shall have through August 26, 2016, in which to pay this sum to the clerk of the district court. Signed by Judge Jane Magnus-Stinson on 7/27/2016 (copy mailed to petitioner). (LBT) (Entered: 07/27/2016) |
| 07/27/2016 | 22 | NOTICE OF APPEAL as to 17 Closed Judgment, 16 Order on Motion to Vacate/Set Aside/Correct Sentence (2255), filed by Petitioner NICHOLAS CEJA. (No fee paid with this filing) **DOCKETED PER NO. 21** (Attachments: # 1 Envelope)(LBT) (Entered: 07/27/2016) |

Case #: **2:15-cv-00229-JMS-DKL**

# *** PUBLIC DOCKET ***

INTERPRETER,MANDATE,CLOSED

**U.S. District Court**
**Southern District of Indiana (Terre Haute)**
**CRIMINAL DOCKET FOR CASE #: 2:11-cr-00037-JMS-CMM-2**

Case title: USA v. CEJAS et al                   Date Filed: 12/28/2011
Other court case number: 12-3896 - Mandate 7th Circuit      Date Terminated: 12/19/2012
                         (Nicholas)
Related  Case: 2:15-cv-00229-JMS-DKL

---

Assigned to: Judge Jane Magnus-
Stinson
Referred to: Magistrate Judge Craig M.
McKee

**Defendant (2)**

**NICHOLAS CEJA**                   represented by   **James A. Edgar**
*TERMINATED: 12/19/2012*                            J. EDGAR LAW OFFICES, PC.
                                                    1512 North Delaware
                                                    Indianapolis, IN 46202
                                                    (317) 679-7900
                                                    Fax: (317) 472-0640
                                                    Email: jedgarlawyer@gmail.com
                                                    *TERMINATED: 09/24/2014*
                                                    *ATTORNEY TO BE NOTICED*
                                                    *Designation: CJA Appointment*

                                                    **Sara J. Varner**
                                                    INDIANA FEDERAL COMMUNITY
                                                    DEFENDERS
                                                    111 Monument Circle
                                                    Suite 3200
                                                    Indianapolis, IN 46204
                                                    (317) 383-3520
                                                    Fax: (317) 383-3525
                                                    Email: sara.varner@fd.org
                                                    *TERMINATED: 01/08/2016*
                                                    *ATTORNEY TO BE NOTICED*
                                                    *Designation: Public Defender or*
                                                    *Community Defender Appointment*

**Terrance Lamont Kinnard**
156 East Market Street
Suite 500
Indianapolis, IN 46204
317-686-7214
Fax: 317-686-7215
Email: tkinnard@kinnardlaw.net
*TERMINATED: 09/24/2014*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Pending Counts | Disposition |
|---|---|
| 21:846=CD.F  CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE (1) | Imprisonment for a total term of 180 months (120 months on Count 1 and 60 months on Count 4, to be served concurrently, plus 60 months, consecutive, on Count 5). Supervised Release 5 years (each count concurrent); Special Assessment of $300.00 |
| 21:841A=CD.F  CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE (4) | Imprisonment for a total term of 180 months (120 months on Count 1 and 60 months on Count 4, to be served concurrently, plus 60 months, consecutive, on Count 5). Supervised Release 5 years (each count concurrent); Special Assessment of $300.00 |
| 18:924C.F  VIOLENT CRIME/DRUGS/MACHINE GUN (5) | Imprisonment for a total term of 180 months (120 months on Count 1 and 60 months on Count 4, to be served concurrently, plus 60 months, consecutive, on Count 5). Supervised Release 5 years (each count concurrent); Special Assessment of $300.00 |

**Highest Offense Level (Opening)**
Felony

| Terminated Counts | Disposition |
|---|---|
| None | |

**Highest Offense Level (Terminated)**
None

| Complaints | Disposition |
|---|---|
| None | |

**Plaintiff**

| USA | represented by | **Matthias David Onderak**<br>UNITED STATES ATTORNEY'S<br>OFFICE - EV<br>101 NW Martin Luther King, Jr. Blvd.<br>Suite 250<br>Evansville, IN 47708<br>(812) 465-6475<br>Fax: (812) 465-6444<br>Email: Matthias.Onderak@usdoj.gov<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Government Attorney*<br><br>**Michelle Patricia Brady**<br>UNITED STATES ATTORNEY'S<br>OFFICE<br>10 West Market Street<br>Suite 2100<br>Indianapolis, IN 46204<br>(317) 226-6333<br>Fax: (317)226-6125<br>Email: michelle.brady@usdoj.gov<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Government Attorney* |
|---|---|---|

| Date Filed | # | Docket Text |
|---|---|---|
| 12/28/2011 | 1 | INDICTMENT as to CONSTANTINO CEJAS (1) count(s) 1, 2, 3, 4, 5, 6 and NICHOLAS CEJA (2) count(s) 1, 4, 5. (SMD) (Entered: 12/29/2011) |
| 12/28/2011 | 4 | NOTICE OF ATTORNEY APPEARANCE Matthias David Onderak appearing for USA. (SMD) (Entered: 12/29/2011) |
| 12/30/2011 | 11 | SCHEDULING ORDER as to CONSTANTINO CEJAS, NICHOLAS CEJA. Initial Appearance set for 1/17/2012, at 11:00 AM, in room #131, United States Courthouse, 921 Ohio Street, Terre Haute, Indiana before Magistrate Judge Craig M. McKee. (JLM) (Entered: 12/30/2011) |
| 01/03/2012 | 14 | NOTIFICATION of Assigned Judge, Automatic Not Guilty Plea, Trial Date, Discovery Order and Other Matters as to NICHOLAS CEJA. Jury Trial set for 3/19/2012 09:00 AM in room #131, United States Courthouse, 921 Ohio Street, Terre Haute, Indiana before Judge Jane Magnus-Stinson. Signed by Judge Jane Magnus-Stinson on 1/3/2012.(SMD) (Entered: 01/03/2012) |

| 01/08/2012 | 16 | NOTICE OF ATTORNEY APPEARANCE: James A. Edgar appearing for NICHOLAS CEJA (CJA Appointment). (Edgar, James) (Entered: 01/08/2012) |
|---|---|---|
| 01/17/2012 | 17 | COURTROOM MINUTES for proceedings held before Magistrate Judge Craig M. McKee: Initial Appearance on Indictment held on 1/17/2012. Appearance for the USA by AUSA Matthias Onderak. Interpreter Rosemary Timmons appointed in case as to CONSTANTINO CEJAS and NICHOLAS CEJA. Defendant CONSTANTINO CEJAS, appears in person with assistance by FCD counsel Jessie Cook. Defendant NICOLAS CEJA, appears in person with assistance by FDC counsel James Edgar. USPO represented by Ryan Sharp. Indictment was read in open court. Charges, Pentalties, and Rights explained. Parties ordered to meet and confer regarding disclosure of evidence on or before 1/31/12. Defendant waived formal arraignment. Defendants are remanded to custody of USM. Trial set for March 19, 2012. (RSF) (Entered: 01/17/2012) |
| 01/31/2012 | 20 | SCHEDULING ORDER as to CONSTANTINO CEJAS and NICHOLAS CEJA, Final Pretrial Conference set for 3/7/2012 at 10:00 AM in room #307, United States Courthouse, 46 E. Ohio Street, Indianapolis, Indiana before Judge Jane Magnus-Stinson.Signed by Judge Jane Magnus-Stinson on 1/31/2012. (Attachments: # 1 Practices and Procedures)(RSF) (Entered: 01/31/2012) |
| 02/22/2012 | 25 | ORDER as to CONSTANTINO CEJAS (1) and NICHOLAS CEJA (2) - The final pre-trial conference in this action is scheduled for 10:00 a.m. on March 7, 2012 in Room 307, United States Courthouse, 46 E. Ohio Street, Indianapolis, IN 46204. To facilitate the conference, and ultimately the trial, the Court now ORDERS as follows. The Court will examine the venire using the questions attached as Exhibit 1. The party must file proposed additional questions no later than February 29, 2012. Objections to Exhibit 1 must also be filed no later than March 5, 2012 at noon. The parties are directed to meet and confer about whether the Government should read the venire and/or the jury the entire indictment that was returned in this matter, or whether portions of the indictment should be redacted. Unless the parties file an agreed or competing proposed redacted indictment no later than March 5, 2012 at noon, the complete indictment will be used at trial. The Court will give the jury the preliminary instructions attached as Exhibit 2. If any party desires additional preliminary instructions or objects to the Court's preliminary instructions, the party must (1) meet and confer with opposing counsel in an attempt to reach an agreed resolution, (2) file the proposed change(s) to Exhibit 2 no later than February 29, 2012, and (3) email the proposed change(s) as an MS Word file to the Courtroom Deputy. If agreement cannot be reached, any response to a party's proposed change(s) must be filed no later than March 5, 2012 at noon. If any party objects to any instruction included in Exhibit 3, the party must (1) meet and confer with opposing counsel in an attempt to reach an agreed resolution, (2) file the proposed change(s) to Exhibit 3 no later than February 29, 2012, and (3) email the proposed change(s) as an MS Word file to the Courtroom Deputy. If agreement cannot be reached, any response to a party's proposed change(s) must be filed no later than March 5, 2012 at noon. The |

| | | |
|---|---|---|
| | | parties should file any proposed case-specific final instructions no later than March 5, 2012 at noon. The parties must meet and confer in an attempt to create agreed verdict forms. If agreement can be reached, the verdict forms must both be filed and emailed to the Courtroom Deputy as an MS Word file no later than March 5, 2012 at noon. If agreement cannot be reached, competing verdict forms must be filed and emailed to the Courtroom Deputy by that time. Counsel must be prepared to present argument about proposed changes to the preliminary instructions and the competing verdict forms at the pre-trial conference. The parties must file their proposed witness and exhibit lists no later than February 29, 2012. Motions in limine, including any Santiago proffers, must be filed no later than February 29, 2012. Responses (or objections to any Santiago proffers) must be filed no later than March 5, 2012 at noon. Signed by Judge Jane Magnus-Stinson on 2/22/2012. (Attachments: # 1 Exhibit 1 - Voir Dire Questions, # 2 Exhibit 2 - Preliminary Instructions, # 3 Exhibit 3 - Final Instructions)(JKS) (Entered: 02/22/2012) |
| 02/22/2012 | 26 | MOTION for Extension of Time to March 1, 2012 in which to 25 Order *File Witness List, Exhibit List and Motions in Limine* by USA as to CONSTANTINO CEJAS, NICHOLAS CEJA. (Attachments: # 1 Text of Proposed Order)(Onderak, Matthias) (Entered: 02/22/2012) |
| 02/23/2012 | 29 | ORDER as to CONSTANTINO CEJAS (1) and NICHOLAS CEJA (2) - Defendant Constantino Cejas has moved to continue the upcoming March 19, 2012 trial date. The motion notes objections to the continuance by the Government and co-defendant. The objecting parties shall file the bases of their objections on or before February 28, 2012. Until further court order, all other case deadlines are stayed. Signed by Judge Jane Magnus-Stinson on 2/23/2012.(RSF) (Entered: 02/23/2012) |
| 02/24/2012 | 30 | NOTICE *of Objection to Motion to Continue* by NICHOLAS CEJA (Edgar, James) (Entered: 02/24/2012) |
| 03/02/2012 | 32 | ORDER granting CONSTANTINO CEJAS (1) Motion to Continue 28 Jury Trial and Final Pretrial Heairng. SCHEDULING ORDER as to CONSTANTINO CEJAS (1), NICHOLAS CEJA (2) - Final Pretrial Conference set for 4/27/2012 at 2:00 PM in room #307, United States Courthouse, 46 E. Ohio Street, Indianapolis, Indiana before Judge Jane Magnus-Stinson. Jury Trial set for 5/7/2012 at 9:00 AM in room #131, United States Courthouse, 921 Ohio Street, Terre Haute, Indiana before Judge Jane Magnus-Stinson. Signed by Judge Jane Magnus-Stinson on 3/2/2012.(RSF) (Entered: 03/02/2012) |
| 03/02/2012 | 33 | ORDER granting re 26 MOTION for Extension of Time File Witness List, Exhibit List and Motions in Limine filed by USA. The Witness List, Exhibit List and Motions in Limine must be filed no later than March 15, 2012. Signed by Judge Jane Magnus-Stinson on 3/2/2012.(RSF) (Entered: 03/02/2012) |
| 03/09/2012 | 34 | ORDER extending deadlines due to the continuance of the final pretrial conference to 4/27/2012 as to CONSTANTINO CEJAS and NICHOLAS |

| | | |
|---|---|---|
| | | CEJA. Signed by Judge Jane Magnus-Stinson on 3/9/2012. (SMD) (Entered: 03/09/2012) |
| 04/02/2012 | 36 | ORDER granting 35 Motion to Continue as to CONSTANTINO CEJAS (1) and NICHOLAS CEJA (2). Scheduling: Final Pretrial Conference reset for 6/7/2012 at 10:00 AM in room #307, United States Courthouse, 46 E. Ohio Street, Indianapolis, Indiana before Judge Jane Magnus-Stinson. Jury Trial reset for 6/18/2012 at 9:00 AM in room #307, United States Courthouse, 46 E. Ohio Street, Indianapolis, Indiana before Judge Jane Magnus-Stinson. Signed by Judge Jane Magnus-Stinson on 4/2/2012.(RSF) (Entered: 04/02/2012) |
| 04/10/2012 | 37 | MOTION to Continue *Jury Trial and Pretrial* by NICHOLAS CEJA. (Attachments: # 1 Text of Proposed Order)(Edgar, James) (Entered: 04/10/2012) |
| 04/11/2012 | 38 | ORDER granting 37 Motion to Continue, as to both defendants. Final Pretrial Conference reset for 7/19/2012 at 1:00 PM in room #307, United States Courthouse, 46 E. Ohio Street, Indianapolis, Indiana before Judge Jane Magnus-Stinson. Jury Trial reset for 7/30/2012 at 9:00 AM in room #307, United States Courthouse, 46 E. Ohio Street, Indianapolis, Indiana before Judge Jane Magnus-Stinson. Signed by Judge Jane Magnus-Stinson on 4/11/2012.(RSF) (Entered: 04/12/2012) |
| 06/21/2012 | 39 | ORDER RESETTING FINAL PRETRIAL CONFERENCE - as to CONSTANTINO CEJAS (1) and NICHOLAS CEJA (2). The July 19, 2012 final pretrial conference is VACATED. The Final Pretrial Conference is reset for 7/17/2012 at 10:00 AM in room #307, United States Courthouse, 46 E. Ohio Street, Indianapolis, Indiana before Judge Jane Magnus-Stinson. Signed by Judge Jane Magnus-Stinson on 6/21/2012. (RSF) (Entered: 06/21/2012) |
| 06/22/2012 | 40 | ORDER as to CONSTANTINO CEJAS (1) and NICHOLAS CEJA (2) - The final pre-trial conference in this matter is scheduled for July 17, 2012, at 10:00 a.m. in Room 307, United States Courthouse, 46 E. Ohio Street, Indianapolis, IN 46204. To facilitate the conference, and ultimately the trial, the Court now ORDERS as follows. Absent specific objection raised before and sustained at the pre-trial conference, the Court will examine the venire using the questions attached as Exhibit 1. Proposed additional questions and any objections must be filed no later than July 6, 2012. The parties are directed to meet and confer about whether the Government should read the venire and/or the jury the entire indictment that was returned in this matter, or whether portions of the indictment should be redacted. Unless the parties file an agreed redacted indictment (or competing proposals if agreement cannot be reached) no later than July 12, 2012, the complete indictment will be used at trial. Absent specific objection raised before and sustained at the pre-trial conference, the Court will give the jury the preliminary instructions attached as Exhibit 2. If any party desires additional preliminary instructions or objects to the Court's preliminary instructions, the party must (1) meet and confer with opposing counsel in an attempt to reach an agreed resolution, (2) file the proposed change(s) to Exhibit 2 no later than July 6, 2012, and (3) email the proposed change(s) as an MS Word file to the Courtroom Deputy. If agreement cannot |

| | | |
|---|---|---|
| | | be reached, any response to a party's proposed change(s) must be filed no later than July 12, 2012. Attached as Exhibit 3 are the Court's generic final instructions. If any party objects to any instruction included in Exhibit 3, the party should (1) meet and confer with opposing counsel in an attempt to reach an agreed resolution, (2) file the proposed change(s) to Exhibit 3 no later than July 6, 2012, and (3) email the proposed change(s) as an MS Word file to the Courtroom Deputy. If an agreement cannot be reached, any response to a party's proposed change(s) must be filed no later than July 12, 2012. The parties should file any proposed case-specific final instructions no later than July 12, 2012. The parties must meet and confer in an attempt to creat agreed verdict forms. If agreement can be reached, the verdict forms must both be filed and emailed to the Courtroom Deputy as an MS Word file no later than July 6, 2012. Each party must file its witness and exhibit lists no later than July 6, 2012. Motions in Limine. Motions in limine, if any, including any Santiago proffers, must be filed no later than July 6, 2012. Responses, or objections to any Santiago proffers, must be filed no later than July 12, 2012. Signed by Judge Jane Magnus-Stinson on 6/22/2012. (Attachments: # 1 Exhibit 1 - Voir Dire Questions, # 2 Exhibit 2 - Preliminary Instructions, # 3 Exhibit 3 - Final Instructions)(JKS) (Entered: 06/22/2012) |
| 07/05/2012 | 41 | Proposed Jury Instructions by USA as to CONSTANTINO CEJAS, NICHOLAS CEJA (Onderak, Matthias) (Entered: 07/05/2012) |
| 07/05/2012 | 42 | NOTICE *Of Expert Witness* by USA as to CONSTANTINO CEJAS, NICHOLAS CEJA (Onderak, Matthias) (Entered: 07/05/2012) |
| 07/05/2012 | 43 | NOTICE *Of Intent of Government to Offer Records Into Evidence* by USA as to CONSTANTINO CEJAS, NICHOLAS CEJA (Onderak, Matthias) (Entered: 07/05/2012) |
| 07/05/2012 | 44 | WITNESS LIST by USA as to CONSTANTINO CEJAS, NICHOLAS CEJA (Onderak, Matthias) (Entered: 07/05/2012) |
| 07/06/2012 | 46 | NOTICE *of Tender of Proposed Verdict Forms* by NICHOLAS CEJA (Edgar, James) (Entered: 07/06/2012) |
| 07/08/2012 | 53 | WITNESS and EXHIBIT LIST by NICHOLAS CEJA (Edgar, James) Modified on 7/9/2012 (LBT). (Entered: 07/08/2012) |
| 07/09/2012 | 54 | RESPONSE in Opposition re 50 First MOTION in Limine by USA as to CONSTANTINO CEJAS, NICHOLAS CEJA (Onderak, Matthias) (Entered: 07/09/2012) |
| 07/09/2012 | 55 | RESPONSE in Opposition re 51 First MOTION to Strike *Surplusage from Indictment* by USA as to CONSTANTINO CEJAS, NICHOLAS CEJA (Onderak, Matthias) (Entered: 07/09/2012) |
| 07/09/2012 | 56 | RESPONSE *In Opposition to Proposed Verdict Form*, re 46 Notice (Other) by USA as to NICHOLAS CEJA. (Onderak, Matthias) (Entered: 07/09/2012) |
| 07/12/2012 | 58 | MOTION *for Transport* by NICHOLAS CEJA. (Attachments: # 1 Text of Proposed Order)(Edgar, James) (Entered: 07/12/2012) |

| 07/13/2012 | 62 | TRANSPORT ORDER FOR NICHOLAS CEJA (2) - granting 58 Motion to Transport. This matter is before the Court on Defendant's Motion to Transport, and the Court, being duly advised, now finds the motion is well taken, and that the Motion should be GRANTED. The U.S. Marshal's Service is ordered to transport defendant Nicholas Ceja to attend his pretrial conference on July 17, 2012 at 10:00 a.m. in room 307. Signed by Judge Jane Magnus-Stinson on 7/13/2012.(RSF) (Entered: 07/13/2012) |
|---|---|---|
| 07/16/2012 | 64 | WITNESS LIST by USA as to CONSTANTINO CEJAS, NICHOLAS CEJA (Onderak, Matthias) (Entered: 07/16/2012) |
| 07/17/2012 | 65 | MINUTE ENTRY for proceedings held before Judge Jane Magnus-Stinson. The parties appeared in person and by counsel for the final pretrial conference in this matter. Christina Courtright was sworn in as the interpreter. The trial date of July 30, 2012 was confirmed. Counsel should be present no later than 8:00 a.m. for voir dire. Following Court questioning of the venire, each side will be permitted thirty minutes of attorney-conducted voir dire. The Court reviewed the juror selection process. The parties agreed that the indictment would be read to the jury, minus the aliases in the caption and the forfeiture allegations. The Government will provide an electronic copy of the indictment to the Courtroom Deputy for that purpose. Each side will have up to twenty minutes for opening statements. With respect to exhibits that a party intends to distribute to the jury, the parties were advised to prepare 14 copies for the jury plus one copy for the interpreter, three copies for the Court and staff. The Court DENIED the pending motion in limine 50 . The Court GRANTED in part and DENIED in part, the pending motion to strike 51 , for the reasons stated on the record. The aliases asserted by the Government will not be referenced in the caption of the case, but will remain in the body of the indictment. The Court ACCEPTED WITHOUT OBJECTION the Government's Santiago proffer 47 . Upon oral motion of the Government, the Court ordered that the witnesses be separated for trial, with the exception of Special Agent Wheele, who will be permitted to remain seated at counsel table. A witness room is available in Room 309 for all other witnesses. After discussion about the parties' competing proposed verdict forms, the Court instructed the parties to confer, in an attempt to reach agreement. (See Entry.) Signed by Judge Jane Magnus-Stinson.(Court Reporter Jean Knepley) (RSF) (Entered: 07/18/2012) |
| 07/26/2012 | 66 | WITNESS LIST by USA as to CONSTANTINO CEJAS, NICHOLAS CEJA (Attachments: # 1 Exhibit CV - Brandy Cline, # 2 Exhibit ISP - Lab Report) (Onderak, Matthias) (Entered: 07/26/2012) |
| 07/26/2012 | 67 | EXHIBIT LIST by USA as to CONSTANTINO CEJAS, NICHOLAS CEJA (Onderak, Matthias) (Entered: 07/26/2012) |
| 07/27/2012 | 68 | RESPONSE *Brief in Support of Tendered Verdict Form* by NICHOLAS CEJA. (Edgar, James) (Entered: 07/27/2012) |
| 07/29/2012 | 71 | EXHIBIT LIST by NICHOLAS CEJA (Edgar, James) (Entered: 07/29/2012) |
| 07/31/2012 | 72 | Proposed Jury Instructions by USA as to CONSTANTINO CEJAS, |

| | | NICHOLAS CEJA (Onderak, Matthias) (Entered: 07/31/2012) |
|---|---|---|
| 07/31/2012 | 73 | MINUTE ORDER for proceedings held before Judge Jane Magnus-Stinson: Day 1 - Jury Trial as to CONSTANTINO CEJAS (1), NICHOLAS CEJA (2) held on 7/30/2012. Parties were present in person and by counsel. Kathleen O'Hanlon and Claudia Samulowitz were sworn in as the interpreters. Outside the presence of the jury, the Court GRANTED Defendant Constantino Cejas' (1) Motion in Limine concerning reference to Sante Muerte, 70 , for reasons stated on the record. The venire was summoned, administered the oath, and examined. The Court empaneled a twelve-person jury, with two alternate jurors and administered the oath. The jury received its preliminary instructions, attached hereto, to which no party objected. Counsel gave opening statements. The Government began its case-in-chief. Witness testified. Exhibits were received into evidence. The Court recessed for the evening. The trial will reconvene on July 31, 2012 at 8:30 a.m. The jury was admonished upon each separation. Defendant is remanded to custody of USM. Signed by Judge Jane Magnus-Stinson.(Court Reporter Jean Knepley) (Attachments: # 1 Preliminary Instructions)(RSF) (Entered: 07/31/2012) |
| 08/01/2012 | 76 | Submission of Proposed Verdict Forms by NICHOLAS CEJA. (Edgar, James) (Entered: 08/01/2012) |
| 08/01/2012 | 77 | Proposed Jury Instructions by NICHOLAS CEJA (Edgar, James) (Entered: 08/01/2012) |
| 08/01/2012 | 79 | MINUTE ORDER for proceedings held before Judge Jane Magnus-Stinson: Day 2 - Jury Trial as to CONSTANTINO CEJAS (1), NICHOLAS CEJA(2) held on 7/31/2012. Claudia Samulowitz and Kathleen O'Hanlon were the interpreters. Outside the presence of the jury, the Court GRANTED the Government's oral, unopposed motion to redact a portion of Exhibit 12G. The Government continued its case-in-chief. Witness testified. Exhibits were received into evidence. The Court recessed for the evening. The trial will reconvene on August 1, 2012 at 8:00 a.m. The jury was admonished upon each separation. Defendants are remanded to custody of USM. Signed by Judge Jane Magnus-Stinson.(Court Reporter Jean Knepley) (RSF) (Entered: 08/01/2012) |
| 08/01/2012 | 81 | JURY VERDICT as to CONSTANTINO CEJAS (1) Guilty on Counts 1, 2, 3, 4, 5 and NICHOLAS CEJA (2) Guilty on Counts 1, 4, 5. (RSF) (Entered: 08/02/2012) |
| 08/01/2012 | 86 | Final Jury Instructions as to CONSTANTINO CEJAS (1) and NICHOLAS CEJA (2) (RSF) (Entered: 08/10/2012) |
| 08/02/2012 | 80 | MINUTE ENTRY for proceedings held before Judge Jane Magnus-Stinson: Day 3 - Jury Trial as to CONSTANTINO CEJAS (1), NICHOLAS CEJA (2) held on 8/1/2012. Parties were present in person and by counsel. Claudia Samulowitz and Kathleen O'Hanlon were the interpreters. Outside the presence of the jury, the Court held a final instructions conference in compliance with Federal Rule of Civil Procedure 51(b)(1) and (2). Various objections were made to the proposed final instructions, as detailed on the |

| | | |
|---|---|---|
| | | record. The Court DENIED the Government's oral motion in limine to limit the testimony of Stacey Totten. Witness testified. Exhibit was entered into evidence. The Government rested its case-in-chief. Defendants rested. Outside the presence of the jury, counsel for Defendants moved for a judgment of acquittal on Count I for both Defendants and Count 5 for Nicholas Ceja (2). The Court heard argument from both sides and DENIED the motions. The jurors were provided with a copy of the final instructions. Counsel gave their final arguments. Final instructions were read to the jury. The jury deliberated and reached a verdict. The verdict was read aloud in open court, the jury is polled, its verdict is affirmed and the verdict is accepted by the Court. The jury was thanked for its service and discharged. The jury and the alternates were excused. Defendants were remanded to the custody of the United States Marshal, pending sentencing. Probation is directed to complete a pre-sentence evaluation of the defendants. Signed by Judge Jane Magnus-Stinson.(Court Reporter Jean Knepley) (RSF) (Entered: 08/02/2012) |
| 08/02/2012 | 83 | ORDER - regarding evidence offered during trial, as to CONSTANTINO CEJAS (1), NICHOLAS CEJA (2). In accordance with Local Rule 79.1(d), the Government and its agents have kept and shall continue to maintain custody and control over the contraband (drugs and firearms) offered into evidence at the trial of this cause, during the pendency of all appeals. Photographs of the originals have been substituted and will be kept by the Clerk. Signed by Judge Jane Magnus-Stinson on 8/2/2012. (RSF) (Entered: 08/02/2012) |
| 09/20/2012 | 90 | MOTION for Extension of Time to October 5th, 2012 *to Respond to PSIR* by NICHOLAS CEJA. (Attachments: # 1 Text of Proposed Order)(Edgar, James) (Entered: 09/20/2012) |
| 09/21/2012 | 91 | ORDER - granting 90 Motion for Extension of Time, to 10/5/12, in which to file a response to the Presentence Investigation Report, as to NICHOLAS CEJA (2). Signed by Judge Jane Magnus-Stinson on 9/21/2012.(RSF) (Entered: 09/21/2012) |
| 12/06/2012 | 98 | SCHEDULING ORDER as to NICHOLAS CEJA (2) - Sentencing set for 12/17/2012 at 01:30 PM in room #307, United States Courthouse, 46 E. Ohio Street, Indianapolis, Indiana before Judge Jane Magnus-Stinson. Signed by Judge Jane Magnus-Stinson on 12/6/2012. (RSF) (Entered: 12/06/2012) |
| 12/17/2012 | 99 | MINUTE ORDER for proceedings held before Judge Jane Magnus-Stinson: Sentencing held on 12/17/2012. Defendant NICHOLAS CEJA appears in person and by CJA counsel James Edgar. Appearance for the USA by AUSA Matthias Onderak. USPO represented by Angie Smith and Diana Asher. Christina Courtright was sworn in as the Interpreter. The parties were heard with respect to the sentence and application of the Sentencing Guidelines. Sentence was imposed. Defendant is remanded to custody of USM. Signed by Judge Jane Magnus-Stinson.(Court Reporter Jean Knepley) (RSF) (Entered: 12/18/2012) |
| 12/19/2012 | 101 | JUDGMENT. Convicted by Jury on counts 1, 4, and 5. The defendant, |

Page 11 of 17

| | | |
|---|---|---|
| | | NICOLAS CEJA (2), is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 180 months - 120 months on Count 1 and 60 months on Count 4, to be served concurrently, plus 60 months, consecutive, on Count 5. Upon release from imprisonment, the defendant shall be on supervised release for a term of 5 years - 5 years on each of Counts 1, 4 and 5, to be served concurrently. Special assessment of $300.00 with payments to begin immediately. The defendant shall forfeit the defendant's interest in the following property to the United States: any firearm or ammunition involved in or used in any of the offenses of which the defendant is convicted. Signed by Judge Jane Magnus-Stinson on 12/19/2012. (NMS) Modified on 12/20/2012 (RSF). (Entered: 12/19/2012) |
| 12/26/2012 | 103 | NOTICE OF APPEAL by NICHOLAS CEJA re 101 Judgment, 65 Order on Motion in LimineOrder on Motion to StrikePretrial Conference0 - Docket Text Only, 83 Order, 73 Order on Motion in LimineJury Trial0 - Docket Text Only. (Edgar, James) (Entered: 12/26/2012) |
| 12/26/2012 | 104 | DOCKETING STATEMENT as to NICHOLAS CEJA re 103 Notice of Appeal (Edgar, James) (Entered: 12/26/2012) |
| 12/27/2012 | 105 | SEVENTH CIRCUIT APPEAL INFORMATION SHEET as to NICHOLAS CEJA re 103 Notice of Appeal - **Instructions for Attorneys - Parties' Short Record, Instructions, and Designation of Record information attached.** (TMA) (Entered: 12/27/2012) |
| 12/27/2012 | 106 | Transmission of Notice of Appeal and Docket Sheet as to NICHOLAS CEJA to US Court of Appeals re 103 Notice of Appeal. **- for Court of Appeals Use Only.** (TMA) (Entered: 12/27/2012) |
| 12/27/2012 | 107 | USCA Case Number 12-3896 for 103 Notice of Appeal filed by NICHOLAS CEJA. (TMA) (Entered: 12/27/2012) |
| 12/27/2012 | 108 | SEVENTH CIRCUIT TRANSCRIPT INFORMATION SHEET by NICHOLAS CEJA for proceedings held on 12/26/2012 before Judge Jane Magnus-Stinson, re 103 Notice of Appeal Transcript due by 1/28/2013. (Attachments: # 1 Supplement 7th Circuit Transcript Information Sheet, # 2 Supplement CJA24 Form)(Edgar, James) (Entered: 12/27/2012) |
| 01/17/2013 | 121 | NOTICE OF ATTORNEY APPEARANCE: Terrance Lamont Kinnard appearing for NICHOLAS CEJA (Retained). (Kinnard, Terrance) (Entered: 01/17/2013) |
| 01/17/2013 | 123 | DESIGNATION OF RECORD as to NICHOLAS CEJA re 103 Notice of Appeal (Attachments: # 1 Exhibit Exhibit A)(Kinnard, Terrance) Modified on 1/17/2013 (TMA). (Entered: 01/17/2013) |
| 01/24/2013 | 125 | First MOTION *to Proceed Without Prepayment of Fees, Costs and Transcript Preparation Costs on Appeal* by NICHOLAS CEJA. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order)(Kinnard, Terrance) (Entered: 01/24/2013) |
| 01/25/2013 | 126 | RESPONSE in Opposition re 125 First MOTION *to Proceed Without* |

| | | |
|---|---|---|
| | | *Prepayment of Fees, Costs and Transcript Preparation Costs on Appeal*, 124 MOTION *to Proceed Without Prepayment of Fees, Costs and Transcript Preparation Costs on Appeal* by USA as to CONSTANTINO CEJAS, NICHOLAS CEJA (Onderak, Matthias) (Entered: 01/25/2013) |
| 02/04/2013 | 128 | SEALED TRANSCRIPT of Voir Dire as to CONSTANTINO CEJAS, NICHOLAS CEJA held on 7-30-12 before Judge Jane Magnus-Stinson. (87 pages.) Court Reporter/Transcriber: Jean Knepley (Telephone: (317) 686-0197). (Knepley, Jean) (Entered: 02/04/2013) |
| 02/04/2013 | 129 | TRANSCRIPT of Volume 1 of 3, Jury Trial, Day 1 as to CONSTANTINO CEJAS, NICHOLAS CEJA held on 7-30-12 before Judge Jane Magnus-Stinson. (164 pages.) Court Reporter/Transcriber: Jean Knepley (Telephone: (317) 686-0197). Please review Local Rule 80-2 for more information on redaction procedures. Redaction Statement due 2/25/2013. Release of Transcript Restriction set for 5/6/2013. (Knepley, Jean) Released on 5/7/2013 (SWM). (Entered: 02/04/2013) |
| 02/04/2013 | 130 | TRANSCRIPT of Volume 2 of 3, Jury Trial, Day 2 as to CONSTANTINO CEJAS, NICHOLAS CEJA held on 7-31-12 before Judge Jane Magnus-Stinson. (245 pages.) Court Reporter/Transcriber: Jean Knepley (Telephone: (317) 686-0197). Please review Local Rule 80-2 for more information on redaction procedures. Redaction Statement due 2/25/2013. Release of Transcript Restriction set for 5/6/2013. (Knepley, Jean) Released on 5/7/2013 (SWM). (Entered: 02/04/2013) |
| 02/04/2013 | 131 | TRANSCRIPT of Volume 3 of 3, Jury Trial, Day 3 as to CONSTANTINO CEJAS, NICHOLAS CEJA held on 8-1-12 before Judge Jane Magnus-Stinson. (233 pages.) Court Reporter/Transcriber: Jean Knepley (Telephone: (317) 686-0197). Please review Local Rule 80-2 for more information on redaction procedures. Redaction Statement due 2/25/2013. Release of Transcript Restriction set for 5/6/2013. (Knepley, Jean) Released on 5/7/2013 (SWM). (Entered: 02/04/2013) |
| 02/04/2013 | 132 | NOTICE of FILING of OFFICIAL TRANSCRIPT under SEAL of Sealed Voir Dire held before Judge Jane Magnus-Stinson on 7-30-12 in case as to CONSTANTINO CEJAS, NICHOLAS CEJA (Knepley, Jean) (Entered: 02/04/2013) |
| 02/04/2013 | 133 | NOTICE of FILING of OFFICIAL TRANSCRIPT of Jury Trial, Volumes 1 - 3 of the three-day jury trial held before Judge Jane Magnus-Stinson on July 30, 2012 - August 1, 2012 in case as to CONSTANTINO CEJAS, NICHOLAS CEJA (Knepley, Jean) (Entered: 02/04/2013) |
| 02/05/2013 | 134 | MOTION for Joinder *Motion to Join Defendant Constantino Cejas' Reply in Support of his Motion to Proceed Without Prepayment of Fees, Costs and Transcript Preparation Costs on Appeal* by NICHOLAS CEJA. (Kinnard, Terrance) (Entered: 02/05/2013) |
| 02/05/2013 | 135 | ORDER re: Motions to Proceed Without Prepayment of Fees, Costs, and Transcript Preparation Costs on Appeal filed by Constantino Cejas, [dkt. 124], |

| | | and Nicholas Ceja, [dkt. 125]. (See Order for details and deadlines.) Signed by Judge Jane Magnus-Stinson on 2/5/2013. (TMA) (Entered: 02/06/2013) |
|---|---|---|
| 02/11/2013 | 136 | TRANSCRIPT of Sentencing as to NICHOLAS CEJA held on 12-17-12 before Judge Jane Magnus-Stinson. (20 pages.) Court Reporter/Transcriber: Jean Knepley (Telephone: (317) 686-0197). Please review Local Rule 80-2 for more information on redaction procedures. Redaction Statement due 3/4/2013. Release of Transcript Restriction set for 5/13/2013. (Knepley, Jean) Released on 5/13/2013 (SWM). (Entered: 02/11/2013) |
| 02/11/2013 | 137 | TRANSCRIPT of Final Pretrial Conference as to NICHOLAS CEJA held on 7-17-12 before Judge Jane Magnus-Stinson. (39 pages.) Court Reporter/Transcriber: Jean Knepley (Telephone: (317) 686-0197). Please review Local Rule 80-2 for more information on redaction procedures. Redaction Statement due 3/4/2013. Release of Transcript Restriction set for 5/13/2013. (Knepley, Jean) Released on 5/13/2013 (SWM). (Entered: 02/11/2013) |
| 02/11/2013 | 138 | NOTICE of FILING of OFFICIAL TRANSCRIPTS of Final Pretrial Conference and Sentencing held before Judge Jane Magnus-Stinson on July 17, 2012 and December 17, 2012 respectively in the case as to NICHOLAS CEJA (Knepley, Jean) (Entered: 02/11/2013) |
| 02/14/2013 | 139 | ORDER - Accordingly, while Defendant Nicholas Ceja's Motion to Join Defendant Constantino Cejas' Reply in Support of Motion, [dkt. 134], is GRANTED, Defendants' Motions to Proceed Without Prepayment of Fees, Costs, and Transcript Preparation Costs on Appeal, [dkts. 124 and 125], are DENIED. Signed by Judge Jane Magnus-Stinson on 2/14/2013. (cc: USCA re: CA #12-3896 and 13-1034.) (TMA) (Entered: 02/14/2013) |
| 03/01/2013 | 141 | USCA Appeal Fees received $ 455, receipt number IP034484 as to NICHOLAS CEJA re 103 Notice of Appeal. (cc: USCA re: CA #12-3896.) (TMA) (Entered: 03/01/2013) |
| 09/30/2013 | 144 | Certified and Transmitted Record on Appeal as to CONSTANTINO CEJAS re Notice of Appeal 114 (USCA #13-1034), and NICHOLAS CEJA re Notice of Appeal 103 (USCA #12-3896) to US Court of Appeals. **Sealed and Restricted items will be sent as a Supplemental Record via Email.** (Attachments: # 1 Pleadings, # 2 Notice to Transmit the Record on Appeal, # 3 Transcript Doc #129], # 4 Transcript (Doc #130), # 5 Transcript (Doc #131), # 6 Transcript (Doc #137), # 7 Transcript (Doc #136 - Nicholas Ceja), # 8 Modified on 9/30/2013 (JLM). (Entered: 09/30/2013) |
| 09/30/2013 | 145 | Transmitted Supplemental Record on Appeal as to CONSTANTINO CEJAS re Notice of Appeal 114 (USCA #13-1034) and NICHOLAS CEJA re Notice of Appeal, 103 USCA #12-3896). (JLM) (Entered: 09/30/2013) |
| 09/30/2013 | 147 | Appeal Remark as to NICHOLAS CEJA re 103 Notice of Appeal: Long Record received and docketed by USCA. (JLM) (Entered: 10/01/2013) |
| 09/30/2013 | 148 | Appeal Remark as to NICHOLAS CEJA re 103 Notice of Appeal: |

| | | |
|---|---|---|
| | | Supplemental Record received and docketed by USCA. (JLM) (Entered: 10/01/2013) |
| 02/13/2014 | 151 | CJA Summary of Payments as to NICHOLAS CEJA: Disclosure of Payments made to CJA Counsel and Service Providers in the total amount of $ 16,812.50. This disclosure is being made pursuant to 18 U.S.C. 3006A (d), (e) and pursuant to Judicial Conference Policy. (TAA) (Entered: 02/13/2014) |
| 06/30/2014 | 152 | Transmitted Supplemental Record on Appeal as to CONSTANTINO CEJAS, NICHOLAS CEJA re 103 Notice of Appeal, 114 Notice of Appeal (USCA #13-1034/12-3896) - CD-rom Government's Trial Exhibit #7. (RSF) (Entered: 06/30/2014) |
| 08/25/2014 | 154 | ***PLEASE DISREGARD - VACATED PER USCA ORDER AT 156 *** MANDATE of USCA (certified copy) as to CONSTANTINO CEJAS (1), NICHOLAS CEJA (2) re 103 Notice of Appeal and 114 Notice of Appeal (USCA #s 13-1034 and 12-3896, respectively). The convictions and sentences of Constantino and Nicholas Cejas are AFFIRMED, in accordance with the decision of this court entered on this date. (RSF) Modified on 9/4/2014 (RSF). (Entered: 08/25/2014) |
| 09/02/2014 | 155 | Appeal Remark as to CONSTANTINO CEJAS, NICHOLAS CEJA re 103 Notice of Appeal filed by NICHOLAS CEJA, 114 Notice of Appeal filed by CONSTANTINO CEJAS. (USCA #13-1034 and #12-3896, respectively) Return of Trial Exhibit 7 (CD) from USCA. (RSF) (Entered: 09/02/2014) |
| 09/04/2014 | 156 | ORDER of USCA (certified copy) as to CONSTANTINO CEJAS, NICHOLAS CEJA re 103 Notice of Appeal, 114 Notice of Appeal (USCA #13-1034 and 12-3896, respectively) - The court, on its own motion, RECALLS the August 25, 2014 mandate notice as improvidently issued. (RSF) (Entered: 09/04/2014) |
| 09/24/2014 | 157 | MANDATE of USCA (certified copy) as to NICHOLAS CEJA re 103 Notice of Appeal. The convictions and sentences of Constantino and Nicholas Cejas areAFFIRMED, in accordance with the decision of this court entered on this date. (RSF) (Main Document 157 replaced on 9/24/2014) (RSF). (Entered: 09/24/2014) |
| 01/05/2015 | 159 | MOTION to Reduce Sentence - USSC Amendment 782 by NICHOLAS CEJA. (AH) (Entered: 01/06/2015) |
| 01/27/2015 | 160 | NOTICE OF ATTORNEY APPEARANCE: Sara J. Varner appearing for NICHOLAS CEJA (Federal Community Defender Appointment). (Varner, Sara) (Entered: 01/27/2015) |
| 07/28/2015 | 161 | MOTION to Vacate under 28 U.S.C. 2255 by NICHOLAS CEJA (2). (Attachments: # 1 Envelope)(JRT) <br> Civil case 2:15-cv-00229-JMS opened. (Entered: 07/28/2015) |
| 01/06/2016 | 163 | NOTICE OF ATTORNEY APPEARANCE Michelle Patricia Brady appearing for USA. (Brady, Michelle) (Entered: 01/06/2016) |
| | | |

| 01/06/2016 | 164 | MOTION for Forfeiture of Property *-For PRELIMINARY ORDER OF FORFEITURE* by USA as to CONSTANTINO CEJAS (1), NICHOLAS CEJA (2). (Attachments: # 1 Exhibit A-Declaration of Administrative Forfeiture, # 2 Text of Proposed Order)(Brady, Michelle) (Entered: 01/06/2016) |
|---|---|---|
| 01/07/2016 | 165 | PRELIMINARY ORDER OF FORFEITURE - granting 164 Motion for Forfeiture of Property as to CONSTANTINO CEJAS (1), NICHOLAS CEJA (2). (See Order.) Signed by Judge Jane Magnus-Stinson on 1/7/2016. Electronic Notice to USM.(RSF) (Entered: 01/07/2016) |
| 01/07/2016 | 166 | MOTION to Withdraw Attorney Appearance by Sara J. Varner. by NICHOLAS CEJA (2). (Attachments: # 1 Text of Proposed Order)(Varner, Sara) (Entered: 01/07/2016) |
| 01/08/2016 | 167 | ORDER ON MOTION TO WITHDRAW APPEARANCE regarding Defendant NICHOLAS CEJA (2) - This matter is before the Court upon defense counsel's Motion to Withdraw Appearance, and the Court, being duly advised, now finds that the Motion should be GRANTED. IT IS THEREFORE ORDERED that the appearance of Sara J. Varner, Indiana Federal Community Defenders, shall be withdrawn as counsel for the Defendant. Signed by Judge Jane Magnus-Stinson on 1/8/2016. (GSO) (Entered: 01/08/2016) |
| 01/11/2016 | 168 | ORDER REASSIGNING CASE as to NICHOLAS CEJA (2). Clerk is directed to reassign case to Judge Larry J. McKinney. Signed by Judge Richard L. Young on 1/11/2016. (JD) (Entered: 01/11/2016) |
| 01/11/2016 | 169 | NOTICE of Reassignment of case as to NICHOLAS CEJA (2) to Judge Larry J. McKinney. Judge Jane Magnus-Stinson no longer assigned to the case. Please include the new case number, **2:11-cr-00037-2-LJM-CMM**, on all future filings in this matter. (GSO) (Entered: 01/11/2016) |
| 01/11/2016 | 170 | ORDER TO SHOW CAUSE as to NICHOLAS CEJA (2) - Defendant shall have 21 days from the date of this Order to supplement his 782 Motion with reasons why the section 3553(a) factors weigh in favor of reducing Defendant's sentence. The United States of America shall have 14 days thereafter to respond. This Order should not be construed as a ruling or comment on the merits or sufficiency of Defendant's 782 Motion. (See Order.) Signed by Judge Larry J. McKinney on 1/11/2016. Copy sent to Defendant via US Mail. (GSO) (Entered: 01/11/2016) |
| 02/10/2016 | 171 | MOTION for Extension of Time in which to respond to the 170 Order to Show Cause, filed by NICHOLAS CEJA (2). (Attachments: # 1 Envelope) (GSO) (Entered: 02/10/2016) |
| 02/11/2016 | 172 | ORDER as to NICHOLAS CEJA (2) - Defendant Nicholas Ceja ("Defendant") has moved for an extension of time to respond to the Court's Order to Show Cause ("Motion for Time"). The 171 Motion for Time is GRANTED to the extent that Defendant shall have to and including March 4, 2016, to respond to the Order to Show Cause. The United States of America |

| | | |
|---|---|---|
| | | shall have 14 days thereafter to file its response. Signed by Judge Larry J. McKinney on 2/11/2016. Copy sent to Defendant via US Mail. (GSO) (Entered: 02/11/2016) |
| 03/03/2016 | 173 | REPLY to Court's 170 Show Cause Order and in 159 Motion to Reduce Sentence - USSC Amendment 782, filed by NICHOLAS CEJA (2). (Attachments: # 1 Inmate Education Data Transcript, # 2 Envelope) (GSO) (Entered: 03/04/2016) |
| 03/07/2016 | 174 | Letter in Support from Shanteil Ceja in case as to NICHOLAS CEJA (2). (Attachments: # 1 Envelope) (GSO) (Entered: 03/08/2016) |
| 03/07/2016 | 175 | Letter in Support from Tarrico Oldham in case as to NICHOLAS CEJA (2). (Attachments: # 1 Envelope) (GSO) (Entered: 03/08/2016) |
| 03/17/2016 | 176 | RESPONSE to 170 Order to Show Cause, filed by USA as to NICHOLAS CEJA (2) -*GOVERNMENT'S RESPONSE TO DEFENDANTS PRO SE MOTION TO MODIFY/REDUCE SENTENCE PURSUANT TO TITLE 18 U.S.C. § 3582(c)(2)* (Brady, Michelle) Modified on 3/18/2016 (GSO). (Entered: 03/17/2016) |
| 04/18/2016 | 179 | MOTION for Forfeiture of Property *Motion for Final order of Forfeiture* by USA as to CONSTANTINO CEJAS (1), NICHOLAS CEJA (2). (Attachments: # 1 Exhibit Attachment 1 - Declaration of Publication, # 2 Text of Proposed Order)(Brady, Michelle) (Entered: 04/18/2016) |
| 04/19/2016 | 180 | FINAL ORDER OF FORFEITURE as to CONSTANTINO CEJAS (1) and NICHOLAS CEJA (2) - This matter is before the Court on the 179 motion of the United States for a Final Order of Forfeiture, and the Court being duly advised in the premises finds that the motion should be and hereby is GRANTED. (See Order.) Signed by Judge Jane Magnus-Stinson on 4/19/2016. Paper copies to USM. (GSO) (Entered: 04/19/2016) |
| 05/11/2016 | 182 | ORDER REGARDING SENTENCE - USSC Amendment 782 as to NICHOLAS CEJA (2). Mr. Ceja was sentenced to the mandatory minimum term of imprisonment; therefore, he is not eligible for a sentence reduction. Copy to defendant via US Mail. Signed by Judge Larry J. McKinney on 5/11/2016. (RSF) (Entered: 05/11/2016) |
| 05/12/2016 | 184 | ORDER REASSIGNING CASE as to NICHOLAS CEJA (2). Clerk is directed to reassign case to Judge Jane Magnus-Stinson. Signed by Judge Richard L. Young on 5/12/2016. (BGT) (Entered: 05/12/2016) |
| 05/12/2016 | 185 | NOTICE of Reassignment of case as to NICHOLAS CEJA (2) to Judge Jane Magnus-Stinson. Judge Larry J. McKinney no longer assigned to the case. Please include the new case number, **2:11-cr-00037-JMS-CMM**, on all future filings in this matter. (RSF) (Entered: 05/12/2016) |
| 05/24/2016 | 186 | ORDER denying 161 Motion to Vacate (2255) as to NICHOLAS CEJA (2). See Entry for details. Signed by Judge Jane Magnus-Stinson on 5/24/2016 (copy mailed to defendant).(LBT) (Entered: 05/24/2016) |
| | | |

| 06/21/2016 | 187 | MOTION for Leave to Appeal In Forma Pauperis by NICHOLAS CEJA (2). (Attachments: # 1 Envelope)(BRR) (Entered: 06/21/2016) |
| 06/24/2016 | 188 | ORDER - denying with prejudice 187 Motion for Leave to Appeal In Forma Pauperis as to NICHOLAS CEJA (2). The defendant is notified that contrary to his assertion in his motion, no financial information was attached to his motion. The clerk shall re-docket the motion to proceed on appeal in forma pauperis in the section 2255 case, 2:15-cv-00229-JMS-DKL. (See Entry.) Copy to defendant via US Mail. Signed by Judge Jane Magnus-Stinson on 6/24/2016.(RSF) (Entered: 06/24/2016) |

**Case #: 2:11-cr-00037-JMS-CMM-2**